IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| ROBERT MERRITT | : | NO. 07-550-04 |

**O R D E R**

**AND NOW**, this  8th  day of   January  , 2013, upon consideration of Defendant Robert Merritt's Motion in Limine to Exclude Evidence of Cell Block Conversations recorded on January 5, 2005 (ECF No. 576) and Motion to Suppress Evidence of Cell Block Conversations Recorded on January 5, 2005 (ECF No. 609) and all documents submitted in support thereof and in opposition thereto, and after a hearing in open court, it is **ORDERED** that the Motions are **DENIED**.

    **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**