IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | CRIMINAL NO. 07-550-04 |
| ROBERT MERRITT | : | |
| | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

**AND NOW**, this 17th day of May, 2013, came the attorney for the Government and the defendant being present with counsel, and

[ ]  The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]  A jury has been waived, and the Court has found the defendant not guilty as to:

[X]  The jury has returned its verdict, finding the defendant not guilty as to: <u>Counts 9 through 16 of the 4th Superseding Indictment</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

_/s/R. Barclay Surrick_
U.S. District Judge

cc:  U.S. Marshal
     Probation Office
     Counsel

 5/17/2013        C. Franzese
   Date            By Whom


Cr 1 (8/80)