IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550 - 04 |
| ROBERT MERRITT | : | |

**O R D E R**

**AND NOW**, this 16th day of July, 2014, upon consideration of Defendant Robert Merritt's Motion for Judgment of Acquittal or, in the Alternative, a New Trial (ECF No. 1534), and Supplemental Post-Verdict Motion for a New Trial Based on Newly Discovered Evidence and on Failure to Provide *Brady* and *Giglio* Material (ECF No. 1567), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motions are **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**