IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550-04 |
| ROBERT MERRITT | : | |

**O R D E R**

**AND NOW**, this 29th day of August, 2024, upon consideration of Defendant Robert Merritt's *pro se* Motion for Reduction of Sentence Pursuant to Title 18 U.S.C. 3582(c)(1)(A) (ECF No. 1707), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

IT IS SO ORDERED.

BY THE COURT:


 /s/ R. Barclay Surrick
R. BARCLAY SURRICK, J.